# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

132181 & (28)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

COY LEE WHITTEN, JR.,
      Defendant-Appellant.

SC: 132181
COA: 270373
St. Joseph CC: 00-010301-FC

_____/

      On order of the Court, the application for leave to appeal the June 29, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand for the appointment of counsel is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk

p1218